TRINA A. HIGGINS, United States Attorney (#7349)
TODD C. BOUTON, Assistant United States Attorney (#17800)
Attorneys for the United States of America
111 South Main Street, Ste. 1800 • Salt Lake City, Utah 84111

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00133 |
|---|---|
| Plaintiff, | |
| vs. | WAIVER OF INDICTMENT |
| LINDA TUFUI TOLI, | Judge David Barlow |
| Defendant. | |

I, LINDA TUFUI TOLI, the above-named defendant, who is accused of one count of 18 U.S.C. § 1343 (Wire Fraud), being advised of the nature of the charge, the proposed Information, and of my rights, especially my right to require the United States to obtain an Indictment from the Grand Jury before proceeding against me, hereby waive in open court prosecution by Indictment and consent that the case may proceed by way of an Information.

Dated this 11 day of May, 2022.

_____
LINDA TOFUI TOLI
Defendant

_____
BENJAMIN C. MCMURRAY
Counsel for Defendant

Submitted before me this 11th day of MAY, 2022

_____
Brooke C. Wells
United States Judge